United States District Court
Middle District of Florida
Jacksonville Division

MAXUM INDEMNITY COMPANY,

     *Plaintiff,*

V.                                                          NO. 3:18-CV-477-J-34PDB

CHARLES SHAW & TERRANCE JONES,

     *Defendants.*

_____

# Order

On February 13, 2020, the Court conducted a telephone conference to discuss the latest motions to withdraw as counsel, Docs. 103, 106. Finding good cause based on the representations in the motions, and with no objections made at the hearing, the Court granted the motions, Docs. 103, 106; permitted Casey Williams, Stephen Ostrow, Lorenzo Williams, and the law firm of Gary, Williams, Parenti, Watson & Gary, P.L.L.C., to withdraw from representing Charles Shaw and Terrance Jones; and directs the clerk to update the docket accordingly.

The defendants explained they intend to proceed without a lawyer and need no extension of the deadline to file any objections to the pending report and recommendation. The Court will separately enter a notice explaining some procedural rules to the defendants.

Counsel for Maxum moved for a seven-day extension of the February 19, 2020, deadline to file objections to the report and recommendation. Doc. 108. Without

objection, the Court granted the motion, Doc. 108, and extended the deadline to **February 26, 2020**.

**Ordered** in Jacksonville, Florida, on February 13, 2020.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:     Counsel of record

Charles Shaw
P.O. Box 1352
Lake City, Florida 32056-1352

Terrance Jones
596 Northeast Aberdeen Avenue
Lake City, Florida 32055